UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS RODRIGUEZ, | Case No. CV 09-2896 RGK (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DARRELL G. ADAMS, WARDEN, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 9/2/09

*/s/ Gary Klausner*

_____
R. Gary Klausner
United States District Judge